**EXHIBIT A**

12 1567
FILED
SEP 2 0 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| Keon Coleman<br>2405 Arundel Road<br>Mount Rainier, Maryland 20712<br><br>and.<br><br>Chanel Cryer<br>2405 Arundel Road<br>Mount Rainier, Maryland 20712<br>Plaintiffs,<br><br>vs.<br><br>Yvette Tuzon<br>U. S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>and,<br><br>U. S. Office of Personnel Management<br>Serve: Office of the General Counsel<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br><br>and,<br><br>United States of America<br>Serve: Office of the Attorney General<br>1900 E Street, N.W.<br>Washington, D.C. 20415<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

FILED
CIVIL ACTIONS BRANCH

DEC 0 6 2011

Superior Court
of the District of Columbia
Washington, DC.

000964?-11

Ca _____



## COMPLAINT

### (Negligence – Personal Injuries – Automobile Accident)

COMES NOW Plaintiffs Keon Coleman ("Keon") and Chanel Cryer ("Chanel") by and through their counsel, Jay B. Dorsey, and sues the Defendants Yvette Tuzon ("Tuzon"), U.S. Office of Personnel Management ("Personnel"), and United States of America ("U.S."), and as reason therefore, state as follows:

1. The Court has jurisdiction over the subject matter and over the parties named in this suit, in that the matter complained of herein occurred in the State of Virginia.

2. Plaintiff Keon, is an adult citizen of the United States, and resides in the State of Maryland at the address listed above.

3. Plaintiff Chanel, is an adult citizen of the United States, and resides in the State of Maryland at the address listed above.

4. Defendant Tuzon, is an adult citizen of the United States, and works for the Defendant Office of Personal.

5. Defendant Personnel is a Federal Government agency located in and doing business in the District of Columbia.

6. Defendant United States is a Defendant and does business all over the United States of America. It at all relevant times the

2

employer of Defendant Personnel and the owner and insurer of the vehicle that was involved in this accident. Defendant U.S. is the self insurer of its vehicles, including the vehicle that was involved in this accident. As insurer of said vehicle Defendant U.S. was liable for all injuries and loss to individuals due to accidents caused by its drivers of said vehicle.

## COUNT I

### (Negligence – Yvette Tuzon )

7. On or about December 7, 2009, Plaintiff Keon, was the driver, and Plaintiff Chanel, was a passenger in a vehicle stopped for a red light at the intersection of 15th Street & Eads Street located in Arlington, Virginia, when their vehicle was violently hit in the rear by a vehicle driven by Defendant Tuzon.

8. Defendant Tuzon was reckless and acted with gross negligence in the operation of her vehicle when she failed to stop her vehicle in a timely matter and struck the stopped vehicle containing the Plaintiff.

9. At all relevant times herein, Defendant Tuzon acted with gross negligence and recklessness in the operation of her vehicle in violation of the State of Virginia Traffic Laws and Regulations, in causing the collision.

10. At all relevant times herein, Defendant Tuzon's driver of said vehicle owed a duty to the Plaintiffs to operate her vehicle in a careful and prudent manner in accordance with the traffic laws in effect at the time of the collision. Defendant Tuzon breached her duty and carelessly, recklessly and with gross negligence operated her vehicle so as to cause the vehicle to strike the stopped vehicle of the Plaintiffs.

11. Defendant Tuzon's reckless and negligent acts and/or omissions include, but are not limited to, the following:

a. failure to keep proper lookout for traffic up ahead and thereby avoid the collision;

b. failure to keep her vehicle at a safe distance from Plaintiff;

c. failure to maintain her vehicle under proper control, and speed;

d. failure to warn Plaintiffs that her vehicle was approaching and/or was out of control;

e. failure to operate her vehicle in a reasonable, careful and prudent manner; and

f. Defendant Tuzon was otherwise negligent and rely on vicarious liability;

12. That at all times mentioned herein, the Plaintiffs were free of negligence or contributory negligence, did not assume any risks,

4

and in no way contributed to the happening of this automobile collision.

13. As a direct and proximate result of the aforesaid negligent acts and omissions by Defendant Tuzon, Plaintiffs have suffered serious painful injuries that are permanent in nature; have suffered and will continue to suffer in the future, discomfort, disfigurement and mental anguish.

14. As a further direct and proximate result of the negligent and reckless acts of Defendant Tuzon, Plaintiffs have incurred medical related expenses in the past and will continue to incur the same in the future. Plaintiffs have also incurred lost wages in the past and will incur the same in the future. Plaintiffs have also incurred damages to their vehicle.

**WHEREFORE**, Plaintiffs Keon and Chanel each, demand judgment against Defendant Tuzon, each, in an amount of more the Two Hundred Thousand Dollars ($200,000.00), plus costs and interest.

## COUNT II

### (Negligence – U.S. Office Personnel Management)

15. Plaintiffs repeats and re-alleges paragraph 1-14 of Count I with the same force and effect as though fully set forth herein.

16. At the same time and place, Defendant Tuzon was employed with the U.S. Office of Personnel Management and within the scope of her duties at the time of this incident. The Defendant is responsible for the acts of Defendant Tuzon under the doctrine of Respondent Superior and vicarious liability.

17. At all relevant times herein, Defendant U.S. Office of Personnel Management owed a duty to the Plaintiffs to instruct, train, and supervise Defendant Tuzon in the proper in the performance of her duties and operation of a vehicle. The Defendant breached it duty owed to the Plaintiffs and failed to properly instruct, train, and educate Defendant Tuzon in the operation of its vehicle which directly led to the injuries and damages suffered by the Plaintiffs.

18. As a direct and proximate result of the aforesaid negligent acts and omissions by Defendant, Plaintiffs each have suffered serious painful injuries that are permanent in nature; have suffered and will continue to suffer in the future, discomfort, disfigurement and mental anguish.

19. As a further direct and proximate result of the negligent and reckless acts of Defendant, Plaintiff has incurred medical related expenses in the past and will continue to incur the same in the future. Plaintiffs have also incurred lost wages in the past and

will incur the same in the future. Plaintiffs have also incurred damages to their vehicle.

**WHEREFORE,** Plaintiffs Keon and Chanel each, demand judgment against Defendant Tuzon, each, in an amount of more the Two Hundred Thousand Dollars ($200,000.00), plus costs and interest.

## Count III

### (Negligence – United States of America)

20. Plaintiffs repeats and re-alleges paragraph 1-19 of Counts I-II with the same force and effect as though fully set forth herein.

21. At the same time and place, Defendant Tuzon was employed with the U.S. Office of Personnel Management, which is a Federal government agency of the United States of America. Defendant was acting within the scope of her duties at the time of this accident. The vehicle that she was driving was owned by U.S. Office of Personnel management and of the U.S. States of America and they are both responsible for the negligent acts Of Defendant Tuzon under the doctrine of Respondent Superior and vicarious liability for the negligent acts of their employees.

22. At all relevant times herein, Defendant U.S. of America owed a duty to the Plaintiffs to instruct, train, and supervise its employees in the proper performance of their duties and the proper

operation of their vehicles. The Defendant breached it duty owed to the Plaintiffs and failed to properly instruct, train, and educate Defendant Tuzon in the operation of its vehicle, which directly led to the injuries and damages suffered by the Plaintiffs.

23. As a direct and proximate result of the aforesaid negligent acts and omissions by Defendant, Plaintiffs have suffered serious painful injuries that are permanent in nature; have suffered and will continue to suffer in the future, discomfort, disfigurement and mental anguish.

24. As a further direct and proximate result of the negligent acts of Defendant, Plaintiff has incurred hospital bills and medical related expenses in the past and will continue to incur them in the future. Plaintiffs have also incurred lost wages in the past and will incur the same in the future. Plaintiffs have incurred damages to their vehicle.

**WHEREFORE**, Plaintiffs Keon and Chanel each, demand judgment against Defendant United states of America, each, in an amount of more the Two Hundred Thousand Dollars ($200,000.00), plus costs and interest.


Respectfully submitted,

By _____

Jay B. Dorsey, Bar No 265181
J.B. Dorsey & Associates
146 Tennessee Ave. N.E.
Washington, D.C. 20002
202 543-2200


9

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | |
|---|---|
| Keon Coleman, et al.        ) | |
| 2405 Arundel Road        ) | |
| Mount Rainier, Maryland 20712    ) | |
|                 ) | |

**Keon Coleman, et al.**
**2405 Arundel Road**
**Mount Rainier, Maryland 20712**

    **vs.**                   **Ca** _____

**Yvette Tuzon**
**U. S. Office of Personnel Management**
**1900 E Street, N.W.**
**Washington, D.C. 20415**

    **and,**

**U. S. Office of Personnel Management**
**Serve: Office of the General Counsel**
      **1900 E Street, N.W.**
      **Washington, D.C. 20415**

    **and,**

**United States of America**
**Serve: Office of the Attorney General**
      **1900 E Street, N.W.**
      **Washington, D.C. 20415**
        **Defendants.**

### Request for Jury Trial

```
Plaintiffs hereby requests trial by jury as to all issues.
```

Jay Dorsey, esq.



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Keon Coleman
_____
                                    Plaintiff

                vs.                                    Case Number    **0009642-11**
                                                       _____

United States of America
_____
                                    Defendant

### SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J.B. Dorsey, Esquire
_____                    *Clerk of the Court*
Name of Plaintiff's Attorney
146 Tennessee Avenue, N.E.
_____           By _____
Address                                               Deputy Clerk
Washington, DC. 20002
_____
(202) 543-2200
_____           Date _____12/6/11_____
Telephone
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት፥ (202) 879-4828 ይደውሉ

        IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                        CASUM.doc



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
### 500 Indiana Avenue, N.W., Suite 5000
### Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                    Demandante

        contra                                  Número de Caso: _____

_____
                    Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados.  Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        _SECRETARIO DEL TRIBUNAL_

Nombre del abogado del Demandante

                                        Por: _____
Dirección                                              Subsecretario

                                        Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면 (202) 879-4828 로 전화주십시오      የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ·

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA.  SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Keon Coleman
_____
                                    Plaintiff                    **0009642-11**

vs.                                        Case Number _____

U.S. Office of Personnel Management
_____
                                    Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J.B. Dorsey, Esquire                          *Clerk of the Court*
_____
Name of Plaintiff's Attorney
146 Tennessee Avenue, N.E.
_____           By _____
Address                                                           Deputy Clerk
Washington, DC. 20002
_____
(202) 543-2200
_____           Date _____
Telephone

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ·

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                   CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante

                contra

_____                    Número de Caso: _____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

Dirección _____              Por: _____
                                                    Subsecretario

Teléfono _____              Fecha _____

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Đễ có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요         የአማርኛ ትርጉም ከፈለጉ (202) 879-4828 ደውሉ·

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

Keon Coleman
_____
                              Plaintiff

                vs.                                    Case Number _____ **000964Σ-11**

Yvette Tuzon
_____
                              Defendant

## SUMMONS

To the above named Defendant:

     You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

     You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

J.B. Dorsey, Esquire
_____               *Clerk of the Court*
Name of Plaintiff's Attorney

146 Tennessee Avenue, N.E.
_____     By _____
Address                                                   Deputy Clerk
Washington, DC. 20002

(202) 543-2200
_____     · Date _____ 12/6/11
Telephone

如需翻译，请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오        ያስተረጉም ከፈለጉ በዚህ ቁጥር ይደውሉ (202) 879-4828 ያነጋግሩ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

     If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                          CASUM.doc



# TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
## DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                              Demandante
        contra
                                          Número de Caso: _____
_____
                              Demandado

## CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

                              Por: _____
Dirección                                      Subsecretario
_____

                              Fecha _____
Teléfono
_____

加害翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요        ያስተረጉም ቢፈልጉ ስልክ ቁጥር (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc

# Superior Court of the District of Columbia

## CIVIL DIVISION - CIVIL ACTIONS BRANCH

### INFORMATION SHEET

0009643-11

Keon Coleman

Case Number: _____

Date: 12/06/2011

vs

Yvette Tuzon

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| *Name: (please print)*  Jay B Dorsey , esq. | Relationship to Lawsuit<br>☑ Attorney for Plaintiff |
| Firm Name:  J.B. Dorsey & Associates | ☐ Self (Pro Se)<br>Other: _____ |
| Telephone No.:  202 543-2200      Six digit Unified Bar No.:  265181 | |

TYPE OF CASE:   ☐ Non-Jury        ☑ 6 Person Jury      ☐ 12 Person Jury
Demand:$ 200,000 _____        Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar #: _____

---

NATURE OF SUIT:      *(Check One Box Only)*

**A. CONTRACTS**

| | | COLLECTION CASES |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 Pltf. Grants Consent |
| ☐ 15 _____ | | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☑ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102(a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury – (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death (Not malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☑ 04 Automobile-Personal Injury | ☐ 12 Malicious Interference | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 15 Malpractice Medical (Including wrongful death) | ☐ 23 Tobacco |
| ☐ 08 Fraud | ☐ 16 Negligence-(Not Automobile, Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/October 2010

# INFORMATION SHEET, Continued

| D. OTHERS | | |
|---|---|---|
| **I.**<br>☐ 01 Accounting<br>☐ 02 Att. Before Judgment<br>☐ 04 Condemnation (Emin. Domain)<br>☐ 05 Ejectment<br>☐ 07 Insurance/Subrogation<br>    Under $25,000 Pltf.<br>    Grants Consent<br>☐ 08 Quiet Title<br>☐ 09 Special Writ/Warrants<br>    DC Code § 11-941 | ☐ 10 T.R.O./Injunction<br>☐ 11 Writ of Replevin<br>☐ 12 Enforce Mechanics Lien<br>☐ 16 Declaratory Judgment<br>☐ 17 Merit Personnel Act (OEA)<br>    (D.C. Code Title 1, Chapter 6)<br>☐ 18 Product Liability<br>☐ 24 Application to Confirm, Modify,<br>    Vacate Arbitration Award<br>    (D.C. Code § 16-4315) | ☐ 25 Liens: Tax/Water Consent Granted<br>☐ 26 Insurance/Subrogation<br>    Under $25,000 Consent Denied<br>☐ 27 Insurance/Subrogation<br>    Over $25,000<br>☐ 28 Motion to Confirm Arbitration<br>    Award (Collection Cases Only)<br>☐ 26 Merit Personnel Act (OHR)<br>☐ 30 Liens: Tax/Water Consent Denied |
| **II.**<br>☐ 03 Change of Name<br>☐ 06 Foreign Judgment<br>☐ 13 Correction of Birth Certificate<br>☐ 14 Correction of Marriage<br>    Certificate | ☐ 15 Libel of Information<br>☐ 19 Enter Administrative Order as<br>    Judgment [D.C. Code §<br>    2-1802.03(h) or 32-1519(a)]<br>☐ 20 Master Meter (D.C. Code §<br>    42-3301, et seq.) | ☐ 21 Petition for Subpoena<br>    [Rule 28-I (b)]<br>☐ 22 Release Mechanics Lien<br>☐ 23 Rule 27 (a)(1)<br>    (Perpetuate Testimony) |

For individuals not represented by an attorney: ( ) I acknowledge receipt of the Civil Actions Pro Se Handbook.


_____  
Signature

_____  
Date

12/06/2011

CV-496/October 2010



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

KEON COLEMAN
Vs.
YVETTE TUZON

C.A. No.       2011 CA 009642 V

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge GREGORY E JACKSON
Date:  December 6, 2011
Initial Conference: 9:30 am, Friday, March 09, 2012
Location:  Courtroom 100
            500 Indiana Avenue N.W.
            WASHINGTON, DC 20001

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 105, 515 5th Street, N.W. (enter at Police Memorial Plaza entrance). Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

**EXHIBIT B**

12 1567
FILED

SEP 2 0 2012

Clerk, U.S. District & Bankruptcy
Court, for the District of Columbia

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEON COLEMAN<br>2405 Arundel Road<br>Mount Ranier, Maryland 20712, | )<br>)<br>)<br>) |
| CHANEL CRYER<br>2405 Arundel Road<br>Mount Ranier, Maryland 20712 | )<br>)<br>)<br>) |
| Plaintiffs | )Civil Action No.<br>) |
| v. | ) On removal from the Superior Court of the<br>) District of Columbia, <u>Keon Coleman et al.</u><br>) v.<u>Yvette Tuzon et al</u>, 2011 C.A. 009642<br>) |
| YVETTE TUZON<br>U.S. Office of Personnel Management<br>1900 E Street, N.W.<br>Washington, D.C. 20415 | )<br>)<br>)<br>)<br>) |
| and, | )<br>) |
| U.S. OFFICE OF PERSONNEL<br>MANAGEMENT<br>Serve: Office of the General Counsel<br>1900 E Street, N.W.<br>Washington, D.C.  20415 | )<br>)<br>)<br>)<br>)<br>) |
| and, | )<br>) |
| UNITED STATES OF AMERICA<br>Serve: Office of the Attorney General<br>1900 E Street, N.W.<br>Washington, D.C.  20415 | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## CERTIFICATION

I, Daniel F. Van Horn, Chief of the Civil Division, Office of the United States Attorney

for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by

virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first re-

delegated to me on April 11, 2012, hereby certify that I have read the complaint in the above-

captioned matter, and that on the basis of the information now available to me, I find that

defendant Yvette Tuzon was acting within the scope of her employment as an employee of the

United States Office of Personnel Management at the time of the allegations stated in the

complaint.

Dated: September 20, 2012                                  Respectfully submitted,

/s/

DANIEL F. VAN HORN, D.C. BAR #924092
Chief, Civil Division

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Notice of Removal of a Civil Action

and Notice of Filing of Notice of Removal of a Civil Action and attachments has been made by

mailing copies thereof to:

KEON COLEMAN and CHANEL CRYER
2405 Arundel Road
Mount Ranier, MD 20712

on this 20th day of September, 2012.

_____ /s/

MITCHELL P. ZEFF, DC Bar #494066
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7352